**[J-46-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | | |
|---|---|---|
| JOHN J. DOUGHERTY, | : | No. 6 EAP 2015 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Judgment of the Superior |
| v. | : | Court entered on 8/14/14 at No. 1333 EDA |
| | : | 2012 affirming the order entered on |
| | : | 4/11/12 in the Court of Common Pleas, |
| KAREN HELLER, | : | Civil Division, Philadelphia County at No. |
| | : | 00699 December Term 2009 |
| Appellee | : | |


**ORDER**


**PER CURIAM**                                   **DECIDED: October 29, 2015**


The appeal is DISMISSED as having been improvidently granted.


Mr. Justice Baer, Madame Justice Todd and Mr. Justice Stevens did not participate in the decision of this case.